UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ANGEL LEARNING, INC., )
)
    Plaintiff, )
)
v. ) CASE NO.: 1:08-CV-1259-LJM-
) JMS
HOUGHTON MIFFLIN HARCOURT )
PUBLISHING COMPANY, )
)
    Defendant. )

**PLAINTIFF ANGEL LEARNING, INC.'S
MOTION FOR SUMMARY JUDGMENT AND DECLARATORY RELIEF**

Pursuant to L.R. 56.1 and Fed. R. Civ. P. 56, Plaintiff ANGEL Learning, Inc. ("ANGEL") hereby moves for summary judgment on the Counterclaims asserted by Defendant Houghton Mifflin Harcourt Publishing Company ("HMH"). Pursuant to 28 U.S.C. § 2201 *et seq.* and Fed. R. Civ. P. 54(c), ANGEL also seeks the declaratory judgment specified below.

1. ANGEL developed and licenses web-based software that provides on-line teaching and learning tools for use by teachers and students (the "ANGEL LMS").

2. ANGEL licensed this system to Defendant HMH.

3. ANGEL filed a Complaint against HMH on September 19, 2008, after HMH failed to pay ANGEL a license fee installment due on September 1, 2008.

4. HMH filed Counterclaims, asserting that ANGEL breached the parties' Agreement because the ANGEL LMS failed to satisfy the warranties contained in the Agreement and because ANGEL initiated this lawsuit without first giving HMH an opportunity to cure its

failure to pay ANGEL the fees due on September 1, 2008. HMH also asserted a claim for unjust enrichment to recover the fees it has paid ANGEL to date.

5. None of HMH's Counterclaims have merit.

6. First, as a matter of law, HMH cannot maintain a claim for unjust enrichment where a valid, express contract exists covering the same subject matter as the unjust enrichment claim, as the Agreement does here.

7. Second, HMH cannot prevail on its breach of contract claim based on ANGEL's filing this lawsuit. The Agreement did not require a cure period and, even if it did, HMH has not suffered any damages – it is undisputed that HMH has not paid ANGEL the fees due and that any such cure period has lapsed.

8. Third, HMH cannot prevail on its claims for breach of warranty because HMH did not satisfy multiple prerequisites to asserting such claims. The express terms of the Agreement bar HMH's warranty claims.

9. Additionally, since the filing of ANGEL's Complaint, a new dispute has developed. HMH has purported to terminate the parties' Agreement, yet it insists it can continue to use the ANGEL LMS and require ANGEL to support the ANGEL LMS for an indefinite period of time, without paying ANGEL any fees. HMH's position conflicts with both the Agreement's unambiguous terms and common sense. HMH's position is incorrect as a matter of law.

10. Under 28 USC § 2201 *et seq.* and Fed. R. Civ. P. 54(c), ANGEL is therefore entitled to a declaration that upon any termination under Section 18.2 of the LMS Agreement, HMH can either (1) continue using the ANGEL LMS within the context of a Wind-Down Period

as set forth in the Agreement, or (2) waive the Wind-Down Period and destroy all copies of the ANGEL LMS.

11. As further support for this Motion, ANGEL hereby incorporates the arguments and evidence set forth in the Brief and Appendix filed contemporaneously with this Motion.

WHEREFORE, ANGEL hereby asks the Court to enter summary judgment in its favor on all of the counterclaims asserted by HMH; to issue a declaratory judgment that upon any termination under Section 18.2 of the LMS Agreement, HMH can either (1) continue using the ANGEL LMS within the context of a Wind-Down Period as set forth in the Agreement or (2) waive the Wind-Down Period and destroy all copies of the ANGEL LMS; and to order all other appropriate relief.

*s/T. Joseph Wendt*
T. Joseph Wendt, No. 19622-49
*jwendt@btlaw.com*
Scott E. Murray, No. 26885-49
*scott.murray@btlaw.com*
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433

Attorneys for Plaintiff
ANGEL Learning, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served via the Court's electronic filing system on all counsel of record:

    Michael A. Swift
    ICE MILLER LLP
    One American Square, Suite 2900
    Indianapolis, IN 46282-0200
    michael.swift@icemiller.com

    Irwin B. Schwartz
    BUSINESS LITIGATION ASSOCIATES, P.C.
    400 Blue Hill Drive, Suite 2
    Westwood, MA 02090
    iscwartz@blapc.net

                                            *s/T. Joseph Wendt*