`UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANGEL LEARNING, INC. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.:1:08-cv-1259-LJM-JMS |
| v. | ) |
| | ) |
| HOUGHTON MIFFLIN HARCOURT | ) |
| PUBLISHING COMPANY | ) |
| | ) |
| Defendants. | |

## ORDER ON HMH'S MOTION FOR STAY PENDING
## A RULING ON HMH'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

This matter having come before the Court upon the Defendant and Counterclaim Plaintiff Houghton Mifflin Harcourt Publishing Company ("HMH") Motion for Stay Pending A Ruling on HMH's Motion to Enforce Settlement Agreement, and the Court being in all things duly advised, now GRANTS said Motion and ORDERS that the following items are stayed pending this Court's ruling on HMH's Motion to Enforce Settlement Agreement:

1. HMH's time to oppose or otherwise respond to ANGEL Learning, Inc.'s ("ANGEL") Motion for Summary Judgment and Declaratory Relief;

2. HMH's time to answer or otherwise serve a responsive pleading to ANGEL's Supplemental Complaint;

3. All remaining case management deadlines; and

4. All discovery, except (a) any discovery that is necessary for the prosecution of HMH's Motion to Enforce Settlement Agreement and (b) any forensic analysis of ThinkCentral 2 in the current HMH production environment.

The briefing schedule for HMH's Motion to Enforce Settlement Agreement and the discovery deadlines for items expressly excluded from this stay shall proceed on the following schedule:

| Date | Deadline |
|---|---|
| June 3, 2009 | Deadline by which ANGEL must oppose or otherwise respond to HMH's Motion to Enforce Settlement Agreement |
| June 30, 2009 | Final date by which ANGEL may evaluate and capture HMH's ThinkCentral 2 production and certification environments |
| July 1, 2009 | First date on which HMH may "sunset" ThinkCentral 2, remove ThinkCentral 2 from its production, quality assurance and certification servers and HMH may thereafter repurpose that computer hardware without risk of spoliation of evidence |
| July 8, 2009 | Deadline by which HMH must complete all discovery relating to ANGEL's Opposition to HMH's Motion to Enforce Settlement Agreement |
| July 17, 2009 | Deadline by which HMH must reply to ANGEL's Opposition to HMH's Motion to Enforce Settlement Agreement |

Furthermore, this stay does not excuse any failure to comply with prior discovery deadlines and, except to stay the production of documents, will have no effect upon the response deadlines relating to written discovery served, and due, prior to the filing of this motion.

Date: 06/17/2009

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution List:

Michael A. Swift
ICE MILLER LLP
E-Mail: [michael.swift@icemiller.com](mailto:michael.swift@icemiller.com)

Irwin Schwartz
Business Litigation Associates, P.C.
E-Mail: [ischwartz@blapc.net](mailto:ischwartz@blapc.net)

Scott C. Murray
Joseph Wendt
Barnes & Thornburg
E-mail: [scott.murray@btlaw.com](mailto:scott.murray@btlaw.com)
E-mail: [jwendt@btlaw.com](mailto:jwendt@btlaw.com)

I/2331583.1
I/2331842.1